454 A.2d 149

Brooks, Appellant v. Brooks.

Submitted May 22, 1981. Steve P. Leskinen, for appellant; Gerald R. Solomon, for appellee.

Before PRICE, MONTGOMERY and VAN der VOORT, JJ.

Order affirmed.

454 A.2d 149

Chang, et ux., Appellants v. Rheem Textile Sys. Inc., et al.

Petition for Allowance of Appeal
Denied March 2, 1983.

Argued December 16, 1981. James P. McEvilly, Jr., for appellants; Richard A. Kraemer, for appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Order affirmed.